```
QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FRANKLIN JAMESON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:05-cr-00236 AWI |
| Plaintiff, | STIPULATION TO VACATE MOTIONS CALENDAR/HEARING; SET STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | |
| ROBERT FRANKLIN JAMESON, | |
| Defendant. | Date:  November 21, 2005<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the motions calendar and the hearing on said motions set for October 3, 2005 are hereby vacated; to be reset by the Court;

**IT IS FURTHER STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that a Status Conference Hearing be scheduled in this matter for **November 21, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: September 29, 2005             MCGREGOR W. SCOTT
                                      United States Attorney


                                      By /s/ Marlon Cobar
                                      MARLON COBAR
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

DATED:  September 29, 2005            QUIN DENVIR
                                      Federal Defender


                                      By /s/ Mark A. Lizárraga
                                      MARK A. LIZÁRRAGA
                                      Assistant Federal Defender
                                      Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).


IT IS SO ORDERED.

**Dated:   September 30, 2005**          **/s/ Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE