QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FRANKLIN JAMESON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:05-cr-00236 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE STATUS |
| | ) CONFERENCE HEARING; AND ORDER |
| v. | ) THEREON |
| ROBERT FRANKLIN JAMESON, | ) |
| | ) Date: December 5, 2005 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing scheduled in the above captioned matter for November 21, 2005 be continued to **December 5, 2005 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

1   reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

2   DATED:  November 16, 2005                    MCGREGOR W. SCOTT
                                                 United States Attorney

                                                 By /s/ Marlon Cobar
                                                 MARLON COBAR
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

8   DATED:  November 16, 2005                    QUIN DENVIR
                                                 Federal Defender

                                                 By /s/ Mark A. Lizárraga
                                                 MARK A. LIZÁRRAGA
                                                 Assistant Federal Defender
                                                 Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 16, 2005**               /s/ **Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE