QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FRANKLIN JAMESON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:05-cr-00236 AWI |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. ) | |
| ROBERT FRANKLIN JAMESON, ) | |
| Defendant. ) | Date:  January 3, 2006<br>Time:  9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing scheduled in the above captioned matter for December 5, 2005 be continued to **January 3, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///

Case 1:05-cr-00236-AWI   Document 13   Filed 12/06/05   Page 2 of 2

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED:  November 30, 2005                MCGREGOR W. SCOTT
                                         United States Attorney


                                         By /s/ Marlon Cobar
                                         MARLON COBAR
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


DATED:  November 30, 2005                QUIN DENVIR
                                         Federal Defender


                                         By /s/ Mark A. Lizárraga
                                         MARK A. LIZÁRRAGA
                                         Assistant Federal Defender
                                         Attorney for Defendant

**O R D E R**

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).




IT IS SO ORDERED.

**Dated:   November 30, 2005**             /s/ **Anthony W. Ishii**
0m8i78                                   UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing        2