QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, CA Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT FRANKLIN JAMESON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | NO. 1:05-cr-00236 AWI |
| v. | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| ROBERT FRANKLIN JAMESON, Defendant. | Date: January 23, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective counsel of record herein, that the Status Conference Hearing scheduled in the above captioned matter for January 3, 2006 may be continued to **January 23, 2006 at 9:00 a.m.**

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///

///

///

///

///

///

///

reparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: December 28, 2005

MCGREGOR W. SCOTT
United States Attorney

By /s/ Marlon Cobar
MARLON COBAR
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: December 28, 2005

QUIN DENVIR
Federal Defender

By /s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant

**O R D E R**

IT IS SO ORDERED. Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated: January 4, 2006**
0m8i78

**/s/ Anthony W. Ishii**
UNITED STATES DISTRICT JUDGE