PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

**UNITED STATES OF AMERICA**      )
                                  )
            vs.                   )   **Docket Number: 1:05CR00236-001**
                                  )
**ROBERT FRANKLIN JAMESON**       )
                                  )

On April 17, 2006, the above-named was placed on Probation for a period of 1 year.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

                    Respectfully submitted,

                    /s/ Thomas A. Burgess

            **THOMAS A. BURGESS
            Senior United States Probation Officer**

Dated:      October 17, 2006
            Bakersfield, California
            TAB:ks

**REVIEWED BY:**      /s/ Rick C. Louviere
                **RICK C. LOUVIERE
                Supervising United States Probation Officer**


Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:    Robert Franklin JAMESON**
      **Docket Number:   1:05CR00236-001**
      **ORDER TERMINATING PROBATION**
      <u>**PRIOR TO EXPIRATION DATE**</u>

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:**   **November 7, 2006**            /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE